# United States District Court
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:17-mj-00447-JTR |
| JUAN VAZQUEZ GONZALEZ | ) |

## CRIMINAL COMPLAINT

I, Trinity W. Street, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about the date(s) August 24, 2017, to on or about October 18, 2017, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement of a Minor to Engage in Illegal Sexual Activity |

This complaint is based on these facts:

X Continued on the attached sheet.

_____
Complainant's signature

Trinity W. Street
_____
Printed name and title

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date:  October 19, 2017

City and state:  Spokane, Washington

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge
_____
Printed name and title