FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

*AUSA:*     *DMH*

*County:*     *Spokane*

*No.*     2:17-MJ-00447-JTR

*In Re:*     *Affidavit in Support of Criminal Complaint for*
              *JUAN VAZQUEZ GONZALEZ*

## AFFIDAVIT

STATE OF WASHINGTON    )
                             ) :ss
COUNTY OF SPOKANE      )

## INTRODUCTION

I, Trinity W. Street, as a Special Agent of the United States Department of
Homeland Security, state that there is probable cause to believe that JUAN
VAZQUEZ GONZALEZ has committed the crime of using a facility of interstate
or foreign commerce, namely the Internet, to attempt to entice a minor to engage in
illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

## TRAINING AND EXPERIENCE

1.     I am a Special Agent ("SA") with the United States Department of
Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), having

Affidavit of Trinity Street - Page **1** of **32**

served in that capacity with Homeland Security Investigations, and its predecessor, Immigration and Customs Enforcement ("ICE") for approximately six (6) years. Previous to that, I served as an Officer with United States Customs and Border Protection ("CBP") and its predecessor, United States Customs Service ("USCS"), for approximately eight (8) years. I have attended and graduated from the Criminal Investigator Training Program and the ICE Special Agent Training Program, both of which were conducted at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At that institution, I received specialized training to include but not be limited to the following areas: narcotics investigations, immigration investigations, fraud investigations, cyber investigations, import/export investigations, child exploitation investigations, financial investigations, firearms, defensive tactics, use of force, surveillance, and undercover operations. In addition to my law enforcement training, I have also received my Bachelor of Science degree in the field of Criminal Justice from East Tennessee State University.

2. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. In my capacity as a Special Agent with the United States Department of Homeland Security, I am

responsible for conducting investigations into the numerous laws enforced by the Department of Homeland Security, Homeland Security Investigations. Included among these are laws relating to attempted online enticement of minors for illegal sexual activity, as set forth in Title 18, United States Code, Section 2422(b). As a Special Agent, I have served as the affiant on numerous search warrants, complaints, court orders, and arrest warrants. I have participated in the investigation of cases involving the use of computers, cellular phones, and the Internet to commit violations of federal child exploitation laws including conducting surveillance, executing arrest and search warrants, and processing evidence.

3.      I am currently assigned to the HSI Resident Agent in Charge ("RAC") Office of Investigations in Spokane, Washington.

4.      The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other law enforcement officers assisting in this investigation. Because I make and submit this affidavit for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me or my colleagues concerning this investigation. I have set forth the facts that I believe are necessary to establish probable cause to arrest JUAN VAZQUEZ GONZALEZ for violating 18 U.S.C. § 2422(b).

## SUMMARY OF PROBABLE CAUSE

5.      I seek a warrant to arrest JUAN VAZQUEZ-GONZALEZ

("VAZQUEZ GONZALEZ") for attempting to entice a minor to engage in illegal

sexual activity, in violation of 18 U.S.C. § 2422(b). As set forth below, there is

probable cause to believe that VAZQUEZ GONZALEZ responded to an

advertisement on Craigslist and thereafter attempted to induce a purported 13-year-

old girl ("Kaylee") to engage in sexual activity that would constitute a crime under

the criminal laws of the state of Washington. From August 24, 2017, through

October 18, 2017, VAZQUEZ GONZALEZ engaged in numerous text and email

conversations in which VAZQUEZ GONZALEZ attempted to entice Kaylee to

engage in ~~vaginal and oral~~ "normal" sex. During those conversations, VAZQUEZ

GONZALEZ communicated over the Internet, a facility of interstate and foreign

commerce, with an undercover law enforcement officer (a "UC") who was

purporting to be, at different times, Kaylee herself and Kaylee's father. Thus,

VAZQUEZ GONZALEZ was attempting to entice Kaylee both by direct

communications with Kaylee and by conversations with Kaylee's purported father

as an intermediary. On October 18, 2017, VAZQUEZ GONZALEZ made

arrangements to meet Kaylee's father at a coffee-shop in Spokane, Washington,

within the Eastern District of Washington, to make final arrangements to engage in

sexual acts with Kaylee that would constitute the crime of Rape of a Child in the

Second Degree, in violation of Revised Code of Washington 9A.44.076, and attempt to do so, in violation of 18 U.S.C. § 2422(b).

## STATEMENT OF PROBABLE CAUSE

6.     Between the dates of August 24-27, 2017, a multi-jurisdictional operation was conducted for individuals willing to engage in sexual activity with minors.  I have spoken with Jeff Bickford, who is a police officer with the Richland, Washington, Police Department and is also a federal Task Force Officer ("TFO") with the Southeastern Washington Internet Crimes Against Children ("ICAC") task force.  TFO Bickford told me the following:

7.     On August 24, 2017, TFO Bickford posted an advertisement on Craigslist.com, which I know from my training and experience is a website on which people can locate other people, including minors, for sexual contact.

8.     The advertisement was specifically posted in the "Casual Encounters" sub-section of the personal advertisements and was entitled "Fresh and new – m4m."  The advertisement read "Ive got a 14 year old blue bicycle for sale.  Great condition and only ridden 1 time.  HMU if interested."  I know from my training and experience that the acronym "HMU" is short for "hit me up," meaning "make contact with me."

9.     I know from working with and speaking with TFO Bickford that he has significant experience working in an undercover capacity ("UC") on vice

crimes in person, and while using email, telephone and other digital platforms, including text messaging and social media. I know that TFO Bickford has not only attended training on undercover internet investigations but has also taught undercover internet investigations at various locations around the United States. I know from my own training and experience, and I know that TFO Bickford knows from his firsthand experience as well as his own training and experience, that people who knowingly engage in illicit sexual conduct with minors often use code words to communicate their criminal intent, in an effort to thwart and evade law enforcement.

10.    On October 18, 2017, TFO Bickford told me that on August 24, 2017, TFO Bickford had received an email response to the Craigslist advertisement that he had posted, as set forth above. The email was routed through the Craigslist anonymizer, which prevented TFO Bickford from seeing the responder's bona fide email address. However, the Craigslist username "Adominis goering" was associated with the email account that had been used to send TFO Bickford the reply. The reply said "ok, what else can you tell me?"

11.    On October 17-18, 2017, TFO Bickford sent me the email and text conversations he had with Craigslist user "Adominis goering" (later identified as JUAN VAZQUEZ GONZALEZ), and discussed the conversations with me in

person. My knowledge of the content of those conversations comes from my review of what TFO Bickford sent me and what we discussed.

12. The following are excerpts of the email communications between Craigslist user "Adominis goering" and TFO Bickford's undercover persona, "J Duncs," who was purportedly the father of a fictitious 13-year-old girl named "Kaylee." female. "J Duncs'" email is "dadovtoo@gmail.com." The name associated with the account is "J Duncs."

*Email Conversation Between J Duncs and Craigslist User "Adominis goering"*

August 24:

TFO Bickford: What u want to know?

Suspect: How it rides ?

TFO Bickford: it wants to be ridden but hasnt yet...trying to find someone we dont know so that its not weird. we are just visiting the area for the fair so we dont run into someone we know

August 25:

Suspect: You can trust me. I'm super clean sane and polite. Send me a pic please

Suspect: So tell me, what you need to know from me ?

August 26:

TFO Bickford: I'm not sending pics. That could get me in trouble

Suspect: gotcha. Is a f or m ?

TFO Bickford: 13f

Suspect: Awesome. Well You can ask me anything i'm pretty sane and chill.

TFO Bickford: You ever done this b4?

Suspect: No, never. This actually sounds to great to be real lol

TFO Bickford: Yeah it's a delicacy that isn't always had

Suspect: Had you done it ? What are you to her ?

TFO Bickford: Yes and doesn't matter

August 27:

Suspect: Great, well i respect that. You definally can trust me and i'm on board.

TFO Bickford: Well, prove to me your on board

Suspect: How can i ? I wish i could should you that i'm legit

Suspect: So when you guys will be in town and what are the chances of meeting ?

TFO Bickford: We are in CDA but live in Kennewick. Heading home later.
Suspect: So no way of meeting at all?

TFO Bickford: Have you ever been with someone of this vintage?

Suspect: No, I always wanted to. I had a few times were they would be sleeping and I would be all handsy but nothing more than that.

[Between August 27, 2017, and September 13, 2017, there were no communications. On September 13, 2017, the Suspect re-contacted TFO Bickford's undercover persona "J Duncs."]

Sept 13:

> Suspect: Hey there, how you been ?
>
> TFO Bickford: Good
>
> Suspect: I'm getting off to little things right now lol
>
> TFO Bickford: Yeah right! Text me if u r serious 509 413-0160 but you have to prove it or I won't reply
>
> Suspect: ok will do, my number is 2086250634
>
> Suspect: You can hit me anytime here, so ask me stuff or share stuff with me, i really want to get you know you and you to know me.
>
> TFO Bickford: Yea me too but haven't heard back so u just not be interested anymore

Oct. 3:

> Suspect: I am, just don't wanna freak you out lol i know you are very coutions.
>
> But definally i'm super interesting on that.
>
> Suspect: So, if we meet, are you gonna let me meet her ?
>
> TFO Bickford: Totally cool. I got my number so text me if u want.
> Suspect: Ok man, we'll keep in touch.

Oct 5:

Suspect: Just a little friendly hi. [this email was accompanied by a photo of 3 minor girls wearing sports bras and briefs. The girls' stomachs, legs, arms are visible. The girls appear to be about 13 years old. The pictures do not constitute child pornography under the federal definition of child pornography].

TFO Bickford: Damn! Hot

Suspect: Glad you liked it ;)

Oct. 10:

Suspect: You coming to town anytime soon?

Oct. 12:

Suspect: This is me, just a regular nice guy. With a nice fetish ;)
[This email was accompanied by a photo of a long-haired Hispanic male, standing on a balcony. He is giving the sign language sign for "I love you" with both hands and is wearing a dark colored shirt with what appears to say "Led Zeppelin" on it.]

13.     During the course of the email communications, the suspect provided his cell phone number to TFO Bickford, stating "ok will do, my number is 2086250634."

14.     TFO Bickford reported to me that he checked this number in the Law Enforcement Information Exchange, a law enforcement phone number search resource and learned that the number was assigned to or associated with Juan VAZQUEZ GONZALEZ.

15.     On October 17-18, TFO Bickford shared the table below with me, which is a record of the text communications that TFO Bickford received and sent

to VAZQUEZ GONZALEZ, who was using the telephone number 208-625-0634. Calls indicating "incoming" are messages from VAZQUEZ GONZALEZ. Calls indicating "outgoing" are outgoing messages from TFO Bickford. The following are excerpts from the text message conversation up to 5:58 p.m. on October 18, 2017:

*Text Messages between VAZQUEZ GONZALEZ and TFO Bickford in the persona as Kaylee's father:*

| | | | |
|---|---|---|---|
| 2017/09/13 | 02:07:32 PM PDT | Incoming | Not Recorded |
| 2017/09/13 | 02:08:16 PM PDT | Incoming | sup man |
| 2017/09/13 | 02:18:13 PM PDT | Outgoing | nice but a cop can send that...bye |
| 2017/09/13 | 02:19:11 PM PDT | Incoming | Wow I getit being cautious man I even regret a bit sending that. |
| 2017/09/13 | 02:23:35 PM PDT | Outgoing | totally get it but im not gonna take a chance to lose my kid...sorry, i have rules...its how we all stay safe |
| 2017/09/13 | 02:24:52 PM PDT | Incoming | Totally understand man, no worries, I hope some day I can gain your trust, stay safe and take care bud. |
| 2017/09/13 | 02:33:13 PM PDT | Outgoing | You ever come to the tri? |
| 2017/09/13 | 02:34:04 PM PDT | Outgoing | THe way u talk isn't like all the old ass skeezers...how old are you...she doesnt like playing with old asses |
| 2017/09/13 | 02:34:34 PM PDT | Incoming | I used to had family live in Richland but they moved away. |
| 2017/09/13 | 02:35:07 PM PDT | Incoming | I'm 29 educated, sane, clean and very discreet. |
| 2017/09/13 | 02:36:47 PM PDT | Outgoing | we live down here...not planning on going back to CDA anytime soon |
| 2017/09/13 | 02:38:46 PM PDT | Incoming | O actually live in Spokane. Hopefully once we become closer and trust each other, I can take a little trip that way. |
| 2017/09/13 | 02:43:16 PM PDT | Outgoing | that be cool |
| 2017/09/13 | 02:52:54 PM PDT | Incoming | How possible of you send me a pic of her? Doesn't have to be face though, make it a discrete one. |

| | | | |
|---|---|---|---|
| 2017/09/13 | 02:53:54 PM PDT | Incoming | Also can be a pg13 one. |
| 2017/09/13 | 03:16:38 PM PDT | Outgoing | |
| 2017/09/13 | 03:16:41 PM PDT | Outgoing | ur turn |
| 2017/09/13 | 03:19:16 PM PDT | Incoming | Super nice ! Hey got out of my house running some errands, but will do send some once I get back to my laptop. She is super beautiful, you are a very lucky man. |
| 2017/09/13 | 03:19:57 PM PDT | Incoming | Do you mean like a pic from me? |
| 2017/09/13 | 03:20:30 PM PDT | Outgoing | wtf is adominis anyway...whats ur name? I'm Jeff |
| 2017/09/13 | 03:21:36 PM PDT | Incoming | Is a name a use to play in online game lol I'm Alonso. |
| 2017/09/13 | 03:23:07 PM PDT | Outgoing | yea, alonso...right |
| 2017/09/13 | 03:24:20 PM PDT | Incoming | Lol I can see why is hard to trust but yeah that's my name. I'll send you a pic of me to email. |
| 2017/09/27 | 03:55:25 PM PDT | Outgoing | did u text me? |
| 2017/09/27 | 03:56:55 PM PDT | Incoming | No, I only have this number. |
| 2017/09/27 | 04:06:27 PM PDT | Outgoing | sorry |
| 2017/09/27 | 04:09:56 PM PDT | Incoming | All good. |
| 2017/10/03 | 01:39:42 PM PDT | Outgoing | Saw ur email today..yeah, I'm interested too. Just gotta b careful u know. I pretty much feel comfortable with you. Figure if u were a cop you'd already come find me...lol |
| 2017/10/03 | 01:41:57 PM PDT | Incoming | Lol yeah I don't wanna freak you out so that's why I don't ask to much stuff or bugg you messaging you often. But I'm very interested. |
| 2017/10/03 | 01:44:00 PM PDT | Outgoing | Totally get it. Thanks for respecting. U ever done anything like this. I'm totally down but I know. Safety is priority. |
| 2017/10/03 | 01:45:06 PM PDT | Incoming | I never had, always dream about it lol and I understand safety first. |
| 2017/10/03 | 01:46:23 PM PDT | Outgoing | How do u wanna do this?...if u do that is |
| 2017/10/03 | 01:46:53 PM PDT | Outgoing | Too many people fucking around and just talk |
| 2017/10/03 | 01:49:20 PM PDT | Incoming | Well I don't know, you tell me, does she meets me and gives the OK or you do the OK? I don't really know the steps lol |

| | | | |
|---|---|---|---|
| 2017/10/03 | 01:51:18 PM PDT | Outgoing | I'd probably give the ok for her then if u r legit and clean and make it worthwhile then I could introduce u. I'll show her a pic first tho cause I'm not gonna force her to be with an old ass skeezer! |
| 2017/10/03 | 01:51:59 PM PDT | Outgoing | U ever come to the tri? |
| 2017/10/03 | 01:56:12 PM PDT | Incoming | (1/2) Yes I used to work in richland a while ago. And sounds fair, I'm in my 20's very clean, sane and chill dude. I think I already sent you a pic did I? If |
| 2017/10/03 | 01:56:15 PM PDT | Incoming | (2/2) no I send one once I get home from my laptop. And you mean that Involve $ ? |
| 2017/10/03 | 02:55:53 PM PDT | Outgoing | Yeah I think u did send one. Sure, I'm sure she'd love some $ for school clothes...clothes are ridiculous expensive and she likes nice shit...but deserves it. She's a good kid |
| 2017/10/03 | 02:57:56 PM PDT | Incoming | I bet, she sounds darling. |
| 2017/10/05 | 06:21:09 PM PDT | Outgoing | That pic was nice |
| 2017/10/05 | 07:41:50 PM PDT | Incoming | So if I go to tri cities when would be best day that work for you guys? |
| 2017/10/05 | 11:15:47 PM PDT | Outgoing | If during the week it's gotta be after 330-4. Otherwise some times we could make a weekend work if we aren't busy |
| 2017/10/12 | 05:32:08 PM PDT | Outgoing | U find another to play with? |
| 2017/10/12 | 05:33:02 PM PDT | Incoming | Lol I wish. Is just the distance and I work weekends. But I really would love to go meet. |
| 2017/10/12 | 05:34:33 PM PDT | Outgoing | i dont remember where u live but i might be heading to spokane next week sometime. |
| 2017/10/12 | 05:35:06 PM PDT | Outgoing | or u could come down here if u wanted during the week about any day |
| 2017/10/12 | 05:38:35 PM PDT | Incoming | I live in Spokane, when are you guys coming? |
| 2017/10/12 | 05:40:35 PM PDT | Outgoing | tricities |
| 2017/10/12 | 05:45:09 PM PDT | Outgoing | IDK maybe wednesday |
| 2017/10/12 | 05:47:56 PM PDT | Incoming | Wednesday would be a nice day. |
| 2017/10/12 | 05:58:25 PM PDT | Outgoing | Want to make sure it's worth my time |
| 2017/10/12 | 05:59:00 PM PDT | Incoming | Me too, could you send me a pic? |
| 2017/10/12 | 06:00:21 PM PDT | Outgoing | Wat kinda pic |
| 2017/10/12 | 06:02:13 PM PDT | Incoming | Just one of her. Doesn't need to be naked, just want to see how she looks like. |

| | | | |
|---|---|---|---|
| 2017/10/12 | 06:09:41 PM PDT | Outgoing | how do i no u wont send it to the police |
| 2017/10/12 | 06:10:08 PM PDT | Outgoing | u nvr sent me anything to make me feel good bout that...i did send u a pic of her once |
| 2017/10/12 | 06:14:31 PM PDT | Incoming | (1/2) Yeah but was a bad quality didn't really got to see how she looks like. I understand you being cautious man, but really I I knew where to find hard core |
| 2017/10/12 | 06:14:46 PM PDT | Incoming | (2/2) pics like that I probably wouldn't be talking to you, I send some pics to you email, really is about as much as I can find out there. |
| 2017/10/12 | 06:15:32 PM PDT | Outgoing | i know but sending those are not like sending ones of my daughter bro...i could seriously get in trouble u know |
| 2017/10/12 | 06:16:04 PM PDT | Outgoing | |
| 2017/10/12 | 06:18:49 PM PDT | Outgoing | fuck...shouldt sent that. |
| 2017/10/12 | 06:19:36 PM PDT | Incoming | I understand and I appreciate bro, I know you don't know me but you can trust me. |
| 2017/10/12 | 06:19:49 PM PDT | Incoming | Why, was wrong with that one? |
| 2017/10/12 | 06:20:56 PM PDT | Outgoing | just sketched out sending pics bro...just dont wanna get in trouble and i dont really even no who im talking to. |
| 2017/10/12 | 06:21:25 PM PDT | Outgoing | cant believe im even considring this again...shes kinda my toy |
| 2017/10/12 | 06:22:15 PM PDT | Incoming | Understandable bro, in my ayes you are an amazing man. Yes she looks so lovely !! You are one lucky man! |
| 2017/10/12 | 06:22:51 PM PDT | Outgoing | u dont even know lol |
| 2017/10/12 | 06:24:22 PM PDT | Incoming | Dying to know ! I wish I was as lucky as you, I bet she has nice underwears. |
| 2017/10/12 | 06:25:43 PM PDT | Outgoing | yea...send me a pic so i no who u are...im not setting her up with an old ass pervert |
| 2017/10/12 | 06:37:42 PM PDT | Incoming | Just send you a pic of me to you email. |
| 2017/10/12 | 06:43:27 PM PDT | Outgoing | dam bro...u look legit... |
| 2017/10/12 | 06:44:09 PM PDT | Incoming | Lol thanks |
| 2017/10/12 | 07:38:26 PM PDT | Incoming | So you approve I see, how about her, what you think she would say? |
| 2017/10/12 | 07:41:42 PM PDT | Outgoing | I think she's be down but gotta make it worth her time. Plus I gotta meet you first to make sure we are all safe |
| 2017/10/12 | 07:44:37 PM PDT | Incoming | Wouldn't expect less from you, sounds good to me bro. |
| 2017/10/12 | 08:28:26 PM PDT | Outgoing | Then how u wanna do this? |

| | | | |
|---|---|---|---|
| 2017/10/12 | 08:29:32 PM PDT | Incoming | No clue, you tell me. |
| 2017/10/12 | 08:30:12 PM PDT | Outgoing | U got a spot? |
| 2017/10/12 | 08:30:54 PM PDT | Outgoing | Can I show her ur pic? What's in it 4 her? |
| 2017/10/12 | 08:32:01 PM PDT | Incoming | I have my own room, I have roommates but they usually never here. My room is private. Yes show her my pic let's see what she thinks first. |
| 2017/10/12 | 08:47:17 PM PDT | Outgoing | She said all good. Damn tho ur a long way away. It'll cost me $100 to drive back and forth |
| 2017/10/12 | 08:47:49 PM PDT | Outgoing | We can come but if ur down here it might be better |
| 2017/10/12 | 08:48:34 PM PDT | Incoming | I'll try to make it over there, especially now that she give the OK. |
| 2017/10/12 | 08:50:31 PM PDT | Outgoing | We can go there Wednesday 2 maybe |
| 2017/10/12 | 08:51:29 PM PDT | Incoming | Well that would be nice so we can meet that day. |
| 2017/10/13 | 03:26:16 PM PDT | Outgoing | She's excited. She asked what ur into and what's in it for her. I think Wednesday night work. Afternoon. She's out of school early that day |
| 2017/10/13 | 03:32:24 PM PDT | Incoming | (1/2) I'm definitely excited too, and I'm into her! She is super pretty! And I honestly don't know what is for her, you tell me what would sound right? I do |
| 2017/10/13 | 03:32:24 PM PDT | Incoming | (2/2) have a full time job but I make minimum wage though. |
| 2017/10/13 | 03:38:21 PM PDT | Outgoing | I don't know but u tell me and I'll see if she's cool with it. |
| 2017/10/13 | 03:59:00 PM PDT | Incoming | Well I don't wamy to said a number that will insult you guys. Tell me how sounds good, and I tell you if I can do that. |
| 2017/10/13 | 04:11:32 PM PDT | Outgoing | Idk, it'll take a lot of time. Only done this once b4 with my other bike. Seemed it was higher than normal CL but not crazy. |
| 2017/10/13 | 04:12:15 PM PDT | Outgoing | Make an offer but keep in mind I will probably spend like $75 in gas. Everything else is for her |
| 2017/10/13 | 04:14:13 PM PDT | Incoming | Well then I can just come to you guys, that way you don't have to spend coming all the way here, I thought you were already coming here for something else. |
| 2017/10/13 | 04:14:28 PM PDT | Incoming | She is so pretty, I'm happy she is excited ! |
| 2017/10/13 | 07:12:09 PM PDT | Outgoing | Yeah we are but this is a novelty that's not free...school clothes are expensive! |
| 2017/10/13 | 07:12:26 PM PDT | Outgoing | What you think? That I was giving her away? |
| 2017/10/13 | 07:24:12 PM PDT | Incoming | (1/2) No I didn't think that bro, like I said I could give her something for her expenses. I want to |

meet her and she to meet me, so you guys can
see that I'm

| | | | |
|---|---|---|---|
| 2017/10/13 | 07:24:17 PM PDT | Incoming | (2/2) no just some asshole creep guy. I will treat her very good, like a good Princess that she is. |
| 2017/10/14 | 08:21:53 AM PDT | Outgoing | She doesn't have expenses. It's her body tho. Tell me what u wanna do and Ill ask her. We can probably come up there Wednesday or u can come here but u gotta have a place |
| 2017/10/14 | 12:46:30 PM PDT | Incoming | (1/2) I do have a private room, well if you guys come Wednesday we could meet for coffee then see from there, once we all see we are the real thing and we like |
| 2017/10/14 | 12:46:30 PM PDT | Incoming | (2/2) what we see. |
| 2017/10/15 | 01:33:15 PM PDT | Outgoing | Yea well I'll leave her in a safe spot until I know ur not playing with me. If we make a deal then I'll bring her to u |
| 2017/10/15 | 03:12:48 PM PDT | Incoming | Sounds good man. |
| 2017/10/16 | 01:20:15 PM PDT | Outgoing | what area r u in? Whres a spot to meet if we go up wednesday? |
| 2017/10/16 | 01:52:30 PM PDT | Incoming | I live close to Spokane community college, we can meet by the river or in a park, or coffee shop, up to you guys. |
| 2017/10/16 | 02:15:39 PM PDT | Outgoing | yea man, dont really no where that is. what park or river are u talking about |
| 2017/10/16 | 02:19:18 PM PDT | Incoming | The Spokane river, the centennial trail. Or you can just google a close place by it and we can meet. |
| 2017/10/16 | 09:12:39 PM PDT | Outgoing | K I think stayed by that trail in the valley b4. |
| 2017/10/16 | 09:13:41 PM PDT | Incoming | OK, also what time you guys will be here, the early the better for me. |
| 2017/10/17 | 08:20:46 AM PDT | Outgoing | Idk but prob not till afternoon |
| 2017/10/17 | 08:21:02 AM PDT | Outgoing | Might even stay night. What's a good hotel by u |
| 2017/10/17 | 10:47:03 AM PDT | Incoming | (1/2) Quality inn, courtyard by Marriott, fairfield inn, best western. Those are close by downtown, but the city is no that big, so I can pretty much be like |
| 2017/10/17 | 10:47:03 AM PDT | Incoming | (2/2) around 20 min or so if you guys go some where else. |
| 2017/10/17 | 10:47:23 AM PDT | Incoming | I'm excited to meet her, what's her name? |
| 2017/10/17 | 10:56:51 AM PDT | Outgoing | Kaylee |

| | | | |
|---|---|---|---|
| 2017/10/17 | 10:57:35 AM PDT | Outgoing | would like 530 be ok to hook up?  If it all goes well, where do u wanna take her? |
| 2017/10/17 | 10:58:05 AM PDT | Outgoing | And u gotta be prepared to make it worth her time and she cant get preg |
| 2017/10/17 | 11:01:55 AM PDT | Outgoing | Sorry bro...my rules.  gotta keep evry1 safe |
| 2017/10/17 | 11:15:02 AM PDT | Incoming | (1/3) I like that name, and yeah I wouldn't want her to get preg either, I would make her time very worth it!  And totally understand those rules bro, sounds |
| 2017/10/17 | 11:15:05 AM PDT | Incoming | (2/3) fair to me. In that number $ though is unreachable for me, like I said I just a guy on a minimum wage now, trying to get a degree, have school and work |
| 2017/10/17 | 11:15:08 AM PDT | Incoming | (3/3) and all that comes with that. But hey we should meet and go from there worts case we became very good friends, I seriously just a normal chill guy. |
| 2017/10/17 | 11:16:30 AM PDT | Outgoing | whats the $ unreachable mean?  I dont get it. totally get ur degree bro...thats what i did and totally worth it |
| 2017/10/17 | 12:07:18 PM PDT | Outgoing | im not looking to make friends...just a business deal...if we like it we could do it again |
| 2017/10/17 | 01:09:07 PM PDT | Outgoing | I sound chill but I'm not gonna waste each other time u know.  We gotta go there for other stuff so lucky for you it won't cost much |
| 2017/10/17 | 01:09:36 PM PDT | Outgoing | North on GWw |
| 2017/10/17 | 01:10:29 PM PDT | Outgoing | Isn't there a place there called gww by the college? By the river |
| 2017/10/17 | 01:16:38 PM PDT | Outgoing | Gonzaga Starbucks in WAshington...fuck auto voice texting |
| 2017/10/17 | 01:17:20 PM PDT | Outgoing | I don't know my way around there much |
| 2017/10/17 | 01:33:24 PM PDT | Incoming | OK yeah I know where that Starbucks is by gonzaga, and hey man being totally honest with you, I don't have that kind of cash laying there. |
| 2017/10/17 | 01:34:17 PM PDT | Outgoing | You have anything to offer her? |
| 2017/10/17 | 01:34:27 PM PDT | Outgoing | She also plays video games |
| 2017/10/17 | 01:35:09 PM PDT | Outgoing | She likes clothes 2 |
| 2017/10/17 | 01:35:18 PM PDT | Outgoing | But whatever then...your loss |
| 2017/10/17 | 01:36:00 PM PDT | Incoming | Sweet I have a ps3 I could give her some games? Some cash and of course being super nice and great to her. |
| 2017/10/17 | 01:38:24 PM PDT | Outgoing | I don't no shit about games other than my younges has Mario kart.  That game kicks ass! |

| 2017/10/17 | 01:39:29 PM PDT | Incoming | Lol you are right that game is awesome! |
|---|---|---|---|
| 2017/10/17 | 02:01:48 PM PDT | Outgoing | Yea so like what exactly do you want to do with her |
| 2017/10/17 | 02:09:47 PM PDT | Outgoing | Shit, I can give her your number to text if u want. It's a text only number tho |
| 2017/10/17 | 02:10:19 PM PDT | Incoming | (1/2) Would be totally up to her, I want for her to know me and see what she thinks of me, then go from there, I want to hang with her and she can decide what |
| 2017/10/17 | 02:10:23 PM PDT | Incoming | (2/2) she wants to do. |
| 2017/10/17 | 02:10:47 PM PDT | Incoming | Yes that would be great, I would just text and I will be very respectful. |
| 2017/10/17 | 02:11:09 PM PDT | Outgoing | yea fuck that...shes not just wantin to hang out....nor do i want to spend all night fucking around waiting for her |
| 2017/10/17 | 02:12:23 PM PDT | Incoming | Lol would be a quick chill so just she can get to know me a bit, won't be a whole day deal lol would be nice to text her and see what she thinks. |
| 2017/10/17 | 02:14:30 PM PDT | Outgoing | 509 204-9993 |
| 2017/10/17 | 02:14:49 PM PDT | Outgoing | She's gonna ask what u want and what you'll give her |
| 2017/10/17 | 02:15:31 PM PDT | Outgoing | She wants to no what to expect. I don't blame her |
| 2017/10/17 | 02:16:58 PM PDT | Incoming | Sounds fair. |
| 2017/10/17 | 02:27:55 PM PDT | Outgoing | She's on her way home now. I told her you'd text. Let's figure this shit out. Otherwise fuckit |
| 2017/10/17 | 02:29:16 PM PDT | Incoming | Ok |
| 2017/10/17 | 02:56:46 PM PDT | Outgoing | Is CDA too far 4 u to go tomorrow? |
| 2017/10/17 | 02:57:02 PM PDT | Outgoing | Shits cheaper there |
| 2017/10/17 | 02:57:47 PM PDT | Incoming | No to far. |
| 2017/10/17 | 03:16:44 PM PDT | Outgoing | If you are a cop or any other form of law enforcement that is trying to record me or use this for evidence I do not allow this to be used against me. If you agree then cut and paste and send back to me. |
| 2017/10/17 | 03:17:45 PM PDT | Incoming | (1/2) (1/2) If you are a cop or any other form of law enforcement that is trying to record me or use this for evidence I do not allow this to be used against me |
| 2017/10/17 | 03:17:48 PM PDT | Incoming | (2/2) . If (2/2) you agree then cut and paste and send back to me. |
| 2017/10/17 | 03:18:31 PM PDT | Incoming | I'm no any of that, I guess we both are cautious. |

| | | | |
|---|---|---|---|
| 2017/10/17 | 03:19:32 PM PDT | Outgoing | Cool man. Yeah but we r driving a long way to meet and I won't even say what you want. I'm not fucking around anymore |
| 2017/10/17 | 03:27:00 PM PDT | Incoming | I'm no either but you have to understand that we have to be cautious, I just don't meet people out of internet every day. |
| 2017/10/17 | 03:28:57 PM PDT | Outgoing | That's why we will meet in person first. |
| 2017/10/17 | 03:29:10 PM PDT | Outgoing | And she will not be with me to make sure u r cool |
| 2017/10/17 | 03:29:39 PM PDT | Outgoing | She's totally down but wants to no what's in it 4 her and what she gotta do |
| 2017/10/17 | 03:30:06 PM PDT | Outgoing | We gotta go to a appointment tomorrow up there then should be free in late afternoon |
| 2017/10/17 | 03:32:02 PM PDT | Incoming | Well to be honest I don't have much money. |
| 2017/10/17 | 04:10:52 PM PDT | Outgoing | What'd you do? She said ur hot one minute then said you aren't real. I think you are |
| 2017/10/17 | 04:12:46 PM PDT | Incoming | Lol I am real. I guess she is no use to a someone being polite to her. |
| 2017/10/17 | 04:13:57 PM PDT | Outgoing | No you need to be polite but let's get real: the ad was on Craigslist and she just wants to know what's expected |
| 2017/10/17 | 04:16:42 PM PDT | Incoming | (1/2) OK but can you see how it looks when both of you guys trying to make me said something that can be use against me? Now is you guys the ones making me be |
| 2017/10/17 | 04:16:47 PM PDT | Incoming | (2/2) paranoid. |
| 2017/10/17 | 04:22:34 PM PDT | Outgoing | No prob. Totally down but not gonna send her somewhere without an expectation |
| 2017/10/17 | 04:22:39 PM PDT | Outgoing | Sorry man |
| 2017/10/17 | 04:24:38 PM PDT | Incoming | I understand that, that's why I said let's meet, then go from there. |
| 2017/10/17 | 04:25:40 PM PDT | Outgoing | That's cool but I'm gonna tell you some things just aren't on the table. |
| 2017/10/17 | 04:37:25 PM PDT | Outgoing | I'm down to meet but fuck man, we had a purpose to be in CL. I just don't want to waste our time I know |
| 2017/10/17 | 04:47:47 PM PDT | Outgoing | Its cool man. I just wish u would say something u wanna do so I don't think I'm getting setup |
| 2017/10/17 | 04:49:03 PM PDT | Outgoing | I'm really weirded out. Most guys talk about sex and shit and you aren't. Something just is weird about u. Thing is I got a product and I care about her so I want to make sure we all are safe |
| 2017/10/17 | 04:49:24 PM PDT | Outgoing | And we all get what we want. |

| | | | |
|---|---|---|---|
| 2017/10/17 | 04:57:17 PM PDT | Incoming | I understand man, I'm no talking about sex because is no how I am, and also to be cautious. If it feels weird to you, it also feel weird to me. |
| 2017/10/17 | 04:58:32 PM PDT | Outgoing | Is sex what you want or are u just wasting time? We can talk about the rest tomorrow |
| 2017/10/17 | 04:59:15 PM PDT | Incoming | Definitely no trying to waste you time or mine. |
| 2017/10/17 | 05:01:00 PM PDT | Outgoing | Dude! We gotta long way to go and you still didn't answer my question. You're a cop. Bye |
| 2017/10/17 | 05:09:22 PM PDT | Incoming | Also was weird how she sent me the same picture as you did? |
| 2017/10/17 | 05:09:30 PM PDT | Incoming | How was that? |
| 2017/10/17 | 05:10:24 PM PDT | Outgoing | Idk. What she send you? |
| 2017/10/17 | 05:10:35 PM PDT | Incoming | I'm no cop but you guys are acting strange. |
| 2017/10/17 | 05:10:56 PM PDT | Incoming | That same pic that you sent, what are the adds of that? |
| 2017/10/17 | 05:18:03 PM PDT | Outgoing | Is it the one on the floor? We both love that one |
| 2017/10/17 | 05:18:57 PM PDT | Outgoing | She shouldn't of sent u a pic...I drilled her camera out cuz she was sending naked ones |
| 2017/10/17 | 05:19:52 PM PDT | Incoming | Yeah the one on the floor, girls like to take a lot of pictures, also they use all those filters, so is just weird that she pick that one to send. |
| 2017/10/17 | 05:21:13 PM PDT | Outgoing | I didn't know she had that one. I fucked up her phone and deleted them I thot |
| 2017/10/17 | 05:21:47 PM PDT | Outgoing | Was her face in it? |
| 2017/10/17 | 05:24:01 PM PDT | Incoming | It just something doesn't add right, maybe is because this whole thing is unique and I had never done this but I just got that feeling. |
| 2017/10/17 | 05:26:40 PM PDT | Outgoing | It's all good bro. It's not for everyone. Just want to make sure everyone safe. I only arranged this once b4. The dude wanted to do things we didn't agree to. Freaked her out. That's why I'm trying to set rules. She thinks your good looking 2 |
| 2017/10/17 | 05:26:48 PM PDT | Outgoing | Here's the rules: |
| 2017/10/17 | 05:27:01 PM PDT | Outgoing | She can't get pregnant. |
| 2017/10/17 | 05:27:32 PM PDT | Outgoing | U gotta stop if she says so |
| 2017/10/17 | 05:28:32 PM PDT | Outgoing | And u gotta tell me what u want. |
| 2017/10/17 | 05:28:51 PM PDT | Outgoing | Otherwise we will move on. |

| | | | |
|---|---|---|---|
| 2017/10/17 | 05:29:43 PM PDT | Outgoing | HMU if you wanna do this otherwise I'm canceling my hotel and we will just leave and come home tomorrow |
| 2017/10/17 | 06:23:34 PM PDT | Outgoing | It's all good bro...not for everyone. At first I was thinking ur just playing but now I think ur just scared. Me to. |
| 2017/10/17 | 06:24:29 PM PDT | Incoming | A bit scared yes, but I'm real, and just like you, trying to play safe. |
| 2017/10/17 | 06:26:57 PM PDT | Outgoing | I get it man but these are all questions I need to know. Hope u understand. I'm getting shit from her cause I said it's probly not happening. She just wanted to no what she was getting into. Some dude tried anal and she didn't want that. She said you're only into reg sex. I want her to be comfortable |
| 2017/10/17 | 06:29:09 PM PDT | Outgoing | She wants to explore new things u no and when she found out people get paid for it she was totally down. That's why I placed that ad. Not to play around but I get being cautious. Hell, I am too |
| 2017/10/17 | 06:29:28 PM PDT | Outgoing | Damn I wish we were past this cause i like how cautious u r |
| 2017/10/17 | 06:29:40 PM PDT | Outgoing | Means u won't report me |
| 2017/10/17 | 06:29:46 PM PDT | Outgoing | Or tell any1 |
| 2017/10/17 | 06:30:48 PM PDT | Incoming | (1/2) OK definitely no anal and I wouldn't do anything she doesn't. I'm super discrete and I want to believe you guys are the real deal but I have my doubts too |
| 2017/10/17 | 06:30:52 PM PDT | Incoming | (2/2) , and yes I wish we were past this too lol |
| 2017/10/17 | 06:37:57 PM PDT | Outgoing | |
| 2017/10/17 | 06:40:55 PM PDT | Outgoing | |
| 2017/10/17 | 06:41:19 PM PDT | Outgoing | Bet she didn't sent those |
| 2017/10/17 | 06:41:43 PM PDT | Outgoing | She don't like the soccer 1 and I usually keep the other one for me if u no what I mean ;) |
| 2017/10/17 | 06:43:10 PM PDT | Incoming | I appreciate that, gives me a bit of comfort. She is so beautiful, and you are one lucky man. |
| 2017/10/17 | 06:46:33 PM PDT | Outgoing | Bro I done this all over the world. I got myself some fetish too |
| 2017/10/17 | 06:51:52 PM PDT | Incoming | Lucky guy!!! I wish I have the cash to do that. |
| 2017/10/17 | 06:57:24 PM PDT | Outgoing | Yeah it was definitely an experience for sure |
| 2017/10/17 | 06:58:28 PM PDT | Incoming | So she won't say anything to her mom? |

| | | | |
|---|---|---|---|
| 2017/10/17 | 07:00:38 PM PDT | Outgoing | Nah man, that's how I started this...her mom was brought up in a real close family if you no what I mean. She's messed around 2. Most people would think we r all fucked up but right now for me the safest thing is to control who kaylee gets with. That way I no she's not gonna get pregnant or fuck up her future |
| 2017/10/17 | 07:01:09 PM PDT | Outgoing | That's why I ask questions, so none of our futures are fucked |
| 2017/10/17 | 07:01:48 PM PDT | Outgoing | The law sucks. Fuck them and the people who tell me what to do with my kids |
| 2017/10/17 | 07:02:05 PM PDT | Outgoing | I love them and will raise them how I see fit |
| 2017/10/17 | 07:05:21 PM PDT | Incoming | (1/2) Well that makes me feel better, I'm very discreet and I want to be safe too. I like that you are like this, I feel if I have daughters I would be the same |
| 2017/10/17 | 07:05:26 PM PDT | Incoming | (2/2) , we don't need the government to babysitter us, we should raise our family how we want. |
| 2017/10/17 | 07:06:26 PM PDT | Outgoing | You got family too? |
| 2017/10/17 | 07:07:50 PM PDT | Incoming | Only an older brother. But my family doesn't live here in Washington. |
| 2017/10/17 | 07:08:08 PM PDT | Incoming | Your family sounds bad ass man. |
| 2017/10/17 | 07:41:44 PM PDT | Outgoing | Yea they are pretty great |
| 2017/10/17 | 10:07:30 PM PDT | Outgoing | kaylee seems pretty down...shes locked herself in her room with her computer and is happy as shit. i tell u what tho...u gotta have protection man...im not lookin at bein a grandpa bro...im too young for that! |
| 2017/10/17 | 10:08:30 PM PDT | Outgoing | gotta be a fresh 1 too so it dont break! Those wallet 1s are bad...thats how i had her. wouldnt change it for nothing tho |
| 2017/10/17 | 10:10:10 PM PDT | Outgoing | ill find a spot like by 5 or 530. We are gonna be close to downtown at an appointment. shouldnt go to long. ill let u know |
| 2017/10/17 | 10:12:04 PM PDT | Incoming | OK let me know. |
| 2017/10/18 | 12:23:42 PM PDT | Outgoing | Heading to spo now. I think We will be done about 5. We r gonna be by the hospital |
| 2017/10/18 | 12:28:05 PM PDT | Incoming | OK keep me posted. |
| 2017/10/18 | 02:34:28 PM PDT | Incoming | Hey Jeff, how do I look you up in facebook? |
| 2017/10/18 | 02:35:32 PM PDT | Outgoing | Idk it's my name. How do I look u up? |
| 2017/10/18 | 02:36:10 PM PDT | Incoming | As adominis Goering. |

| | | | |
|---|---|---|---|
| 2017/10/18 | 02:36:28 PM PDT | Incoming | How is you full name as facebook? |
| 2017/10/18 | 02:41:22 PM PDT | Outgoing | I don't see u. I don't use it much except to talk to Asian people |
| 2017/10/18 | 02:42:42 PM PDT | Incoming | You know how I look like, I just want to know how you look like. How is you full name let me see if I can find you. |
| 2017/10/18 | 02:59:38 PM PDT | Outgoing | Idk it's there |
| 2017/10/18 | 02:59:47 PM PDT | Outgoing | I can send u a pic I guess |
| 2017/10/18 | 03:00:06 PM PDT | Incoming | Yeah that would help. |
| 2017/10/18 | 03:00:35 PM PDT | Outgoing | Help what |
| 2017/10/18 | 03:01:06 PM PDT | Incoming | Help for when we meet, I would know who you are. |
| 2017/10/18 | 03:03:22 PM PDT | Outgoing | Yeah man when u get there I'll tell u who I am. I wanna make sure no cops r there |
| 2017/10/18 | 03:04:07 PM PDT | Outgoing | I'll find a coffee shop somewhere and tell I where. We r still at hospital |
| 2017/10/18 | 03:09:01 PM PDT | Incoming | OK so are you gonna send me a pic? I'm in the dark here, at least want to see how you look like. |
| 2017/10/18 | 03:14:11 PM PDT | Outgoing | |
| 2017/10/18 | 03:14:36 PM PDT | Outgoing | Sorry bro still in waiting room |
| 2017/10/18 | 03:14:58 PM PDT | Outgoing | Send me one |
| 2017/10/18 | 03:20:43 PM PDT | Incoming | Ok |
| 2017/10/18 | 04:35:54 PM PDT | Outgoing | Fuck man tryin to get outta here |
| 2017/10/18 | 04:36:30 PM PDT | Outgoing | U no where sonic burger is? |
| 2017/10/18 | 04:36:49 PM PDT | Incoming | On division? |
| 2017/10/18 | 04:37:23 PM PDT | Outgoing | Shit man idk |
| 2017/10/18 | 04:37:56 PM PDT | Outgoing | Idk my streets |
| 2017/10/18 | 04:40:05 PM PDT | Incoming | There is a Safeway in mission are. |
| 2017/10/18 | 04:40:34 PM PDT | Incoming | Or a park by there too. |
| 2017/10/18 | 04:45:54 PM PDT | Outgoing | Yea looks like divisioon map |
| 2017/10/18 | 04:47:00 PM PDT | Incoming | OK in how long you guys will be ready to meet? |
| 2017/10/18 | 04:51:18 PM PDT | Outgoing | Almost there |

| 2017/10/18 | 04:56:01 PM PDT | Incoming | Where tho? |
|---|---|---|---|
| 2017/10/18 | 04:57:28 PM PDT | Outgoing | Starbucks |
| 2017/10/18 | 05:00:30 PM PDT | Incoming | OK once you get there let me know which one is. |
| 2017/10/18 | 05:02:54 PM PDT | Outgoing | I just got there it's on the corner by sonic. Ruby street I see |
| 2017/10/18 | 05:03:43 PM PDT | Outgoing | How far away r u? |
| 2017/10/18 | 05:05:45 PM PDT | Incoming | Like 10 - 15 min away. If you wanna come to that park at mission so is close to my place? |
| 2017/10/18 | 05:07:04 PM PDT | Outgoing | Nah, I don't know the area. I'll wait a few mins to make sure ur not fucking with me then I'm leaving |
| 2017/10/18 | 05:08:07 PM PDT | Outgoing | U can come here |
| 2017/10/18 | 05:08:22 PM PDT | Outgoing | If I see a cop tho I'm bouncing |
| 2017/10/18 | 05:09:04 PM PDT | Incoming | OK coming now |
| 2017/10/18 | 05:24:35 PM PDT | Incoming | Alright man what are you wearing? |
| 2017/10/18 | 05:25:09 PM PDT | Outgoing | Already sent u pic bro. What ru wearing |
| 2017/10/18 | 05:27:23 PM PDT | Incoming | White shorts and white shirt. |
| 2017/10/18 | 05:28:00 PM PDT | Outgoing | I don't see u |
| 2017/10/18 | 05:58:18 PM PDT | Outgoing | Test |

16.    On October 17-18, 2017, TFO Bickford told me that during his communications with VAZQUEZ GONZALEZ, TFO Bickford had provided VAZQUEZ GONZALEZ with "Kaylee's" cell phone number, 509-204-9993, so VAZQUEZ GONZALEZ could communicated directly with Kaylee. TFO Bickford was using the persona of Kaylee in an undercover capacity.

17.    TFO Bickford shared the below table with me. It shows that he began receiving text messages from VAZQUEZ GONZALEZ at 208-625-0634. Calls indicating "incoming" are messages from VAZQUEZ GONZALEZ. Calls indicating

"outgoing" are outgoing messages from TFO Bickford. The following are excerpts

from the text message conversation up to 03:09 p.m. on October 18, 2017:

*Text Messages between VAZQUEZ GONZALEZ and TFO Bickford in the persona as*

*Kaylee herself (a thirteen-year-old girl):*

| 2017/10/17 | 02:33:04 PM PDT | Incoming | Hi Kaylee, this is Alonso. How are you? |
|---|---|---|---|
| 2017/10/17 | 02:33:58 PM PDT | Outgoing | OMG! I thot u werent real |
| 2017/10/17 | 02:34:50 PM PDT | Incoming | Lol why is that? I'm pretty much real. ☺ |
| 2017/10/17 | 02:39:26 PM PDT | Outgoing | cause we tried to do this b4 but the guys always flaked....figurd they wernt real...this is exciting |
| 2017/10/17 | 02:39:59 PM PDT | Outgoing | u arnt an old crusty fat guy tho r u? |
| 2017/10/17 | 02:40:25 PM PDT | Incoming | Gotcha, well I'm definitely real, did he show you my picture? |
| 2017/10/17 | 02:40:34 PM PDT | Incoming | I'm no old or fat lol |
| 2017/10/17 | 02:41:49 PM PDT | Incoming | He told me that he show you a pic of me. |
| 2017/10/17 | 02:42:09 PM PDT | Incoming | There is other one. |
| 2017/10/17 | 02:42:17 PM PDT | Incoming | |
| 2017/10/17 | 02:42:45 PM PDT | Incoming | Can you send me one of you please, he show me one but the pics don't look good. |
| 2017/10/17 | 02:45:45 PM PDT | Outgoing | WHAT! he sent u a pic...what ones |
| 2017/10/17 | 02:47:11 PM PDT | Incoming | (1/3) Well no, he cover pretty much you whole face and the pic didn't |
| 2017/10/17 | 02:47:14 PM PDT | Incoming | (2/3) look good. If you can send me one so I can see how you look like |
| 2017/10/17 | 02:47:17 PM PDT | Incoming | (3/3) would be great. ☺ |
| 2017/10/17 | 02:58:33 PM PDT | Incoming | So what you think? |
| 2017/10/17 | 03:01:01 PM PDT | Outgoing | |
| 2017/10/17 | 03:01:48 PM PDT | Outgoing | i think i like ur hair...u look pretty hot |
| 2017/10/17 | 03:02:07 PM PDT | Outgoing | im kinda nervis but want this so bad |
| 2017/10/17 | 03:02:55 PM PDT | Outgoing | dad dont make me do anything i dont want to. its weird but i think he gets off to this |
| 2017/10/17 | 03:03:12 PM PDT | Outgoing | so do i...lol |

| 2017/10/17 | 03:05:46 PM PDT | Incoming | Lol well sounds hot, and you are very pretty. |
|---|---|---|---|
| 2017/10/17 | 03:06:13 PM PDT | Outgoing | TY |
| 2017/10/17 | 03:06:34 PM PDT | Outgoing | R U big...i dont wanna get hurt |
| 2017/10/17 | 03:06:58 PM PDT | Outgoing | kinda nervis |
| 2017/10/17 | 03:07:23 PM PDT | Incoming | Lol no, I wouldn't consider me big, pretty standard size lol |
| 2017/10/17 | 03:07:34 PM PDT | Incoming | I know I am too. Lol |
| 2017/10/17 | 03:07:41 PM PDT | Outgoing | omg i got a funny jittery feeling...gawd! Im excited |
| 2017/10/17 | 03:07:43 PM PDT | Incoming | Nervous. |
| 2017/10/17 | 03:07:50 PM PDT | Outgoing | wtf does that mean |
| 2017/10/17 | 03:08:09 PM PDT | Outgoing | standard size...guys my age arnt big |
| 2017/10/17 | 03:08:49 PM PDT | Incoming | Well I don't think I'm much bigger lol |
| 2017/10/17 | 03:09:11 PM PDT | Outgoing | prove it |
| 2017/10/17 | 03:09:45 PM PDT | Incoming | Lol I don't feel right by sending those kind of pics. |
| 2017/10/17 | 03:10:17 PM PDT | Outgoing | wtf...why not...thats weird |
| 2017/10/17 | 03:10:27 PM PDT | Outgoing | but whever then |
| 2017/10/17 | 03:11:10 PM PDT | Incoming | Lol could be weird now days but I'm very shy I had never send nude pics to chicks. |
| 2017/10/17 | 03:13:06 PM PDT | Outgoing | thats cool...like how do i no u arent just messing with me |
| 2017/10/17 | 03:15:12 PM PDT | Outgoing | dad said ur being weird and wont even say what u want...hes gonna cancel cause he thinks ur a cop or somthin |
| 2017/10/17 | 03:15:35 PM PDT | Incoming | Or you with me? I want you to get to know me and vice-versa, then we can figure out a bit from us, I won't push anything, just want to see what's up with you. |
| 2017/10/17 | 03:16:24 PM PDT | Incoming | What I want, would be up to you to decide, I want us to get to meet and then you can decide what you wanna do. |
| 2017/10/17 | 03:18:15 PM PDT | Outgoing | fuck...i was just tryin to find guys who dont play games and judge me...i dont want to just chill...thats why we r on the internet. no games. If I wantd gamz id chill with guys my age |
| 2017/10/17 | 03:19:21 PM PDT | Incoming | I agree no games here. |
| 2017/10/17 | 03:20:14 PM PDT | Outgoing | then whay we gonna do? I just dont wanna get hurt...down for anything cept u call me names and ill be pissed |
| 2017/10/17 | 03:21:43 PM PDT | Incoming | Down for anything too, no into piss, poop, or pain. Just some good ole fun. |

| | | | |
|---|---|---|---|
| 2017/10/17 | 03:23:45 PM PDT | Outgoing | well piss and poop covers both sidessss...then what r u into...totaly dont get what ur saying |
| 2017/10/17 | 03:24:27 PM PDT | Outgoing | i dont like piss or poop either? WTF |
| 2017/10/17 | 03:24:37 PM PDT | Incoming | I'm into normal sex I guess? |
| 2017/10/17 | 03:24:49 PM PDT | Incoming | Lol good deal that you don't then |
| 2017/10/17 | 03:25:14 PM PDT | Outgoing | i like sex too...wish i new more how 2 do it betr |
| 2017/10/17 | 03:26:00 PM PDT | Incoming | Well I guess comes with experience. No one is born knowing everything about it. |
| 2017/10/17 | 03:27:35 PM PDT | Outgoing | yea i guessss...i like sex but really only had real sex a couple times. it was fun but not like i thot |
| 2017/10/17 | 03:31:25 PM PDT | Incoming | Yeah, it helps when the 2 are into each other and there is an attraction. |
| 2017/10/17 | 03:32:12 PM PDT | Outgoing | yea but im not realy wantin a marage or anythin...just heard people make money to do fun things u no |
| 2017/10/17 | 03:34:30 PM PDT | Outgoing | plus i totally wish i was onld enough 4 a real job but im not so i guess ill just have fun doing whatevr |
| 2017/10/17 | 03:41:53 PM PDT | Incoming | Definitely no looking for marriage Here. And I have no much cash to offer. |
| 2017/10/17 | 03:42:40 PM PDT | Outgoing | like any? I toatly wanna get a new game. |
| 2017/10/17 | 03:43:05 PM PDT | Incoming | What game? |
| 2017/10/17 | 03:45:08 PM PDT | Outgoing | idk...i really like building worlds on minecraft...those r the kind i like |
| 2017/10/17 | 03:45:31 PM PDT | Outgoing | my friends think im weird but i think those games make me smarter |
| 2017/10/17 | 03:45:44 PM PDT | Incoming | Nice, yeah I played that. |
| 2017/10/17 | 03:46:07 PM PDT | Incoming | I have a ps3 and a ps4 |
| 2017/10/17 | 03:46:47 PM PDT | Outgoing | i have a ps4 at my moms but i dont get to play much...i play a 3 a lot but dont have many games |
| 2017/10/17 | 03:48:28 PM PDT | Outgoing | id totaly do like anything for a ps4...realy wish i culd get 1 |
| 2017/10/17 | 03:53:16 PM PDT | Incoming | I could give you a bunch of ps3 games, they are brand new, I don't use them much. |
| 2017/10/17 | 03:58:34 PM PDT | Outgoing | OMG really! Thatd be cool |
| 2017/10/17 | 03:59:09 PM PDT | Incoming | No problem. |
| 2017/10/17 | 03:59:42 PM PDT | Outgoing | like what do i gotta do |
| 2017/10/17 | 04:02:22 PM PDT | Outgoing | no piss or poop lol! |
| 2017/10/17 | 04:02:57 PM PDT | Incoming | lol just be yourself. |
| 2017/10/17 | 04:04:18 PM PDT | Outgoing | games games and more gamessss...thot guys here were real and take control...whatev. bye. |
| 2017/10/17 | 04:11:45 PM PDT | Incoming | I don't see how is that games, I'm being real. |

| | | | |
|---|---|---|---|
| 2017/10/17 | 04:12:38 PM PDT | Outgoing | cuz i wanna make sure ur not a creep and that i no what u want and its ok with me...the last guy tried doin stuff that i dont think was normal and called me weird names |
| 2017/10/17 | 04:13:16 PM PDT | Outgoing | i just want u to tell me what i gotta do...just dont wanna get into somethin not ready 4 |
| 2017/10/17 | 06:15:37 PM PDT | Outgoing | WTF happened? I thot we were getting together tomorrow. Dad said ur not talking anymore |
| 2017/10/17 | 06:16:19 PM PDT | Incoming | Yes we are, sorry I'm at work right now. Got busy. |
| 2017/10/17 | 06:34:15 PM PDT | Outgoing | Cool. U got a job? Like a real one? I wish I was old enough for a job |
| 2017/10/17 | 06:34:31 PM PDT | Outgoing | Wanna get paaaaaiiiid! Lol! |
| 2017/10/17 | 06:35:07 PM PDT | Outgoing | If we do this u promise I won't get pregnant? |
| 2017/10/17 | 06:35:33 PM PDT | Outgoing | My friend did and it fucked up her life |
| 2017/10/17 | 06:36:10 PM PDT | Outgoing | She's 14 and dropped |
| 2017/10/17 | 06:36:25 PM PDT | Outgoing | Out of school and literally like has no friends |
| 2017/10/17 | 06:45:11 PM PDT | Incoming | Definitely you are no getting pregnant, we don't want that. And yes is a real full time job, enjoy now that you just do school. |
| 2017/10/17 | 06:48:55 PM PDT | Outgoing | That's just the scary part cause she said she didn't think she was gonna get preg eithr |
| 2017/10/17 | 06:49:53 PM PDT | Outgoing | U promise |
| 2017/10/17 | 06:52:51 PM PDT | Incoming | (1/2) I promise, I'm a gentleman, I will treat you like the princess |
| 2017/10/17 | 06:52:55 PM PDT | Incoming | (2/2) that you are. ☺ |
| 2017/10/17 | 07:10:52 PM PDT | Outgoing | That's sweet but my dad still will want to make sure ur cool first...and I told him ur giving me games...u no that even if u give me PS3 games it's not for weird stuff. Only normal. |
| 2017/10/17 | 07:12:22 PM PDT | Incoming | OK sounds good to me. |
| 2017/10/17 | 07:43:25 PM PDT | Outgoing | How do u want it. Ima gonna watch a few videos so I don't laugh at me...sorry I only done this some b4 |
| 2017/10/17 | 07:47:01 PM PDT | Incoming | You'll be fine, don't worry. |
| 2017/10/17 | 08:06:08 PM PDT | Outgoing | I wanna watch some anyways...lol |
| 2017/10/17 | 08:07:27 PM PDT | Incoming | Lol yes is fun and healthy to do it. |
| 2017/10/17 | 08:09:25 PM PDT | Outgoing | Wish you'd tell me what u want so I can see it. |
| 2017/10/17 | 08:09:44 PM PDT | Outgoing | I wanna have good dreams |
| 2017/10/18 | 07:06:49 AM PDT | Outgoing | Omg I couldn't sleep good! I lovvvre! Ur hair |

| 2017/10/18 | 08:58:21 AM PDT | Incoming | Thanks, Hey what's your facebook? |
|---|---|---|---|
| 2017/10/18 | 08:59:31 AM PDT | Outgoing | It's my name |
| 2017/10/18 | 09:00:01 AM PDT | Outgoing | I don't use it much tho |
| 2017/10/18 | 09:00:12 AM PDT | Incoming | Kaylee and what's you last name |
| 2017/10/18 | 09:03:01 AM PDT | Outgoing | What's urs? I'll send a request if I can remember my password. |
| 2017/10/18 | 09:04:01 AM PDT | Incoming | Adominis Goering, just tell me you last name I'll find you. |
| 2017/10/18 | 09:09:03 AM PDT | Outgoing | Ur lying...u said ur name was Alonso |
| 2017/10/18 | 09:09:24 AM PDT | Outgoing | Duncan |
| 2017/10/18 | 09:10:33 AM PDT | Incoming | No lying, my name is Alonso, but my facebook is like that because I started making to play games, but you can see is me. |
| 2017/10/18 | 09:14:56 AM PDT | Incoming | Can't find you. |
| 2017/10/18 | 09:23:00 AM PDT | Outgoing | Gtg...at school 4 bit |
| 2017/10/18 | 09:23:56 AM PDT | Incoming | Alright, have a good day at school. And text me how to find you on fb. |
| 2017/10/18 | 09:26:52 AM PDT | Outgoing | I think it's just my name. Maybe it's private. Idk. Don't use fb |
| 2017/10/18 | 09:27:25 AM PDT | Incoming | What is you dads name? |
| 2017/10/18 | 10:29:49 AM PDT | Outgoing | why |
| 2017/10/18 | 10:30:51 AM PDT | Outgoing | his name is jeff |
| 2017/10/18 | 10:31:51 AM PDT | Incoming | Does he has facebook? I just want to make sure I'm talking to real people and no some kind of scam or something like that. |
| 2017/10/18 | 10:33:01 AM PDT | Incoming | Why are you guys coming to Spokane? |
| 2017/10/18 | 10:34:37 AM PDT | Outgoing | yea he has 1 but i dont think he uses it mcuh.. going to a doc appointment. |
| 2017/10/18 | 03:09:58 PM PDT | Incoming | Do you have a pic of you and you dad, that you can send me? |

18.     On October 18, 2017, TFO Bickford told me that he met with

VAZQUEZ GONZALEZ in person earlier that day, as follows:

a. On October, 18, 2017, at approximately 1728 hours, VAZQUEZ GONZALEZ meet with TFO Bickford, acting in an undercover capacity as "Jeff," the father of Kaylee, at the Starbucks located at 1310 North Ruby Street, Spokane, Washington. VAZQUEZ GONZALEZ and TFO Bickford discussed the arrangement for VAZQUEZ GONZALEZ to have sex with "Kaylee," who was "Jeff's" fictitious 13-year-old daughter.

b. During the meeting, VAZQUEZ GONZALEZ said he did not want to get "Kaylee" pregnant, but would have to go back to his residence to get condoms.

c. VAZQUEZ GONZALEZ told TFO Bickford that he had to go back to his residence to take an inventory of video games and that TFO Bickford could bring Kaylee to VAZQUEZ GONZALEZ's apartment. As set forth above, VAZQUEZ GONZALEZ had stated in earlier text messages with TFO Bickford that he did not have a lot of money, but that he would give Kaylee video games. On October 17, 2017, TFO Bickford (who was then using the Kaylee persona) told VAZQUEZ GONZALEZ "...u no that even if u give me PS3 games it's not for weird stuff. Only normal." VAZQUEZ GONZALEZ said "Ok sounds good to me." VAZQUEZ GONZALEZ had previously said he was "...into normal sex..." During the in-person meeting, VAZQUEZ GONZALEZ said that he had to go back to his residence to take an inventory of the games and that TFO Bickford

(who was meeting with VAZQUEZ GONZALEZ in the persona of Kaylee's father) could bring Kaylee to his apartment.

d.     Toward the end of the meeting with VAZQUEZ GONZALEZ, VAZQUEZ-GONZALEZ states that he (VAZQUEZ GONZALEZ) knew the rules and told "Jeff" that he (VAZQUEZ GONZALEZ) would not get Kaylee pregnant or engage in anal sex with her.

19.     On October 18, 2017, TFO Bickford told me that at approximately 1754 hours on that same day, VAZQUEZ GONZALEZ was taken into custody by Department of Homeland Security Special Agents, was advised of his constitutional rights, and invoked his right to consult an attorney.

Following the arrest of VAZQUEZ-GONZALEZ, TFO Bickford, sent a "test" text message to the told me he subject's cell

20.     I know from reviewing the casefile that VAZQUEZ was born in 1984. phone to ensure it was the Therefore, I know that the physical acts that VAZQUEZ GONZALEZ discussed same phone used for the prior with "Kaylee" and "Jeff" would constitute a violation of Revised Code of communications.

Washington 9A.44.076, a state law that prohibits Rape of a Child in the Second Degree, defined as follows: "A person is guilty of rape of a child in the second degree when the person has sexual intercourse with another who is at least twelve years old but less than fourteen years old and not married to the perpetrator and the perpetrator is at least thirty-six months older than the victim."

21.     For the reasons set forth above, I believe there is probable cause to arrest VAZQUEZ GONZALEZ for a violation of 18 U.S.C. § 2422(b), attempted

online enticement of a minor, through the use of a facility of interstate commerce, namely, the Internet, to engage in sexual activity for which a person can be charged with a criminal offense.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Trinity W. Street
Special Agent, Homeland Security Investigations

Subscribed and sworn to before me
on October 19, 2017

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE