# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 23, 2018**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzalez, Juan Vazquez | Docket No. | 2:17CR00209-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Juan Vazquez Gonzalez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of October 2017, under the following conditions:

**Additional Condition #28:** Home Detention: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court ordered obligations; for employment purposes; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Juan Vazquez Gonzalez is alleged to have left his residence without prior approval on July 18, 2018.

Conditions of pretrial release were reviewed with Mr. Gonzalez on October 23, 2018. He acknowledged an understanding of his conditions, which included condition number 28.

On July 18, 2018, Mr. Gonzalez had no approved outings and was required to remain at his residence as a part of his home detention. At approximately 4:57 p.m., global position system (GPS) mapping revealed Mr. Gonzalez left his residence and went to a house behind his property. It appears Mr. Gonzalez returned to his residence at approximately 6:57 p.m. on July 18, 2018.

Subsequently, the undersigned officer confronted Mr. Gonzalez of his whereabouts on July 18, 2018. Mr. Gonzalez stated he was helping his in-laws, who reside in the home behind his property. The undersigned officer reminded Mr. Gonzalez that he needed permission to leave his residence.

On July 25, 2018, the undersigned officer met with Mr. Gonzalez at his residence and advised him of his boundaries in relation to home detention.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: August 23, 2018 |
| by | s/Erik Carlson |
| | Erik Carlson
U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

August 23, 2018
Date