FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN VAZQUEZ-GONZALEZ,<br><br>Defendant. | No. 2:17-CR-00209-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 82)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 82**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to replace electronic monitoring with a nighttime curfew.

The Court notes that in the time Defendant has been under supervision, there has been one Petition by Pretrial Services, requesting "No Action", **ECF No. 48**, in August of 2018.

The Court finding good cause**, IT IS ORDERED**, that Defendant's Motion, **ECF No. 82**, is **GRANTED**. Release condition No. 28, **ECF No. 18**, is modified as follows: Electronic monitoring and home confinement are discontinued. Further, defendant shall observe a curfew from 9:00 p.m. to 6:00 a.m., and be in his home during those hours.

ORDER - 1

All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 28, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2