UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzalez, Juan Vazquez | Docket No. | 2:17CR00209-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Juan Vazquez Gonzalez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of October 2017, under the following conditions:

**Additional Condition #21:** Defendant may not be in the presence of minors, unless a responsible adult, who is aware of these charges, is present at all times. Defendant may not be within 500 feet of schools or playgrounds or places where minors are known to congregate.

On November 8, 2019, the Court modified Mr. Gonzalez' conditions allowing him to reside with his wife at their home that was located within 500 feet of a school. Mr. Gonzalez was advised he could not be within 495 feet of a school or playground, or place where minors are known to congregate. All other conditions previously imposed were ordered to remain in full force and effect (CM/ECF No. 27).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Gonzalez is alleged to have been in the presence of his minor-aged son and his son's minor-aged friend, without a responsible adult on September 20, 2019.

On October 23, 2017, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Gonzalez. Mr. Gonzalez acknowledged an understanding of the release conditions, which included additional condition number 21.

On September 20, 2019, at approximately 1:58 p.m., the undersigned officer met with Mr. Gonzalez at his residence for the purpose of a pre-arranged meeting. Mr. Gonzalez provided the undersigned officer with a tour of the residence. During the walk-through of the residence, the undersigned officer observed Mr. Gonzalez' minor-aged son (age 9), and his son's minor-aged friend in the living room area of the home. There were no other adults at the home during this meeting.

The undersigned officer confronted Mr. Gonzalez about being around minor-aged children without an adult. He stated his son and his son's friend had just been released from school and his wife, Laura Vazquez, was on her way home to care for the children.

Shortly thereafter, Mr. Gonzalez' wife, Laura Vazquez, contacted the undersigned officer. She advised she was on her way home and the children arrived before her. The undersigned officer reminded Mr. Gonzalez and Ms. Vazquez of his condition about being in the presence of minors. Both Mr. Gonzalez and his wife acknowledged an understanding of the condition. They advised they will send their son and his friends to the home of Ms. Vazquez' parents, who reside in a home behind their residence, if she is not present.

PS-8
**Re: Gonzalez, Juan Vazquez**
**September 27, 2019**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   September 27, 2019

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M.K. Dimke_

Signature of Judicial Officer

9/27/2019

Date