FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:17-CR-0209-SMJ-1 |
|---|---|
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE - PETITION |
| v. | |
| JUAN VAZQUEZ-GONZALEZ, | |
| Defendant. | |

At Defendant's October 18, 2019, initial appearance, based on a Petition for action, pretrial, Defendant appeared, out of custody, with Assistant Federal Defender Andrea K. George. He was advised of, and acknowledged, his rights. Assistant U.S. Attorney David M. Herzog represented the United States.

The Court makes no findings pertaining to the alleged violations discussed in the Petition dated September 27, 2019, ECF No. 118, but holds the matter in abeyance pending further proceedings.

The United States did not seek detention. Defendant is released on the previously ordered conditions of supervision.

**IT IS SO ORDERED.**

DATED October 18, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1