# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                         Plaintiff,<br>-vs-<br>JUAN VAZQUEZ GONZALEZ,<br><br>                                         Defendant. | Case No.    2:17-CR-00209-SMJ<br>**CRIMINAL MINUTES**<br><br>DATE:    FEBRUARY 11, 2020<br>LOCATION:  SPOKANE<br><br>**SENTENCING HEARING** |

| | | |
|---|---|---|
| | **Hon. Salvador Mendoza, Jr.** | |
| Debbie Brasel | 01 | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| David Michael Herzog | | Andrea K. George |
| **Government Counsel** | | **Defendant's Counsel** |
| **United States Probation Officer:**   Danyelle R. Storms | | |

**[ XX ] Open Court**        **[ ] Chambers**        **[ ] Telecon**

Defendant **is present and is not in custody** of the US Marshal

The Court rules on and accepts the Pre-Sentence Report

Argument by counsel

Defendant's father-in-law addresses Court on behalf of the defendant

Co-worker of defendant addresses Court on behalf of the defendant

Defendant's wife addresses Court on behalf of the defendant

Defendant addresses Court on his own behalf

**Imprisonment:**    **60 months** with respect to the single count Information Superseding Indictment. Defendant is taken into custody of the US Marshal at this time to begin the term of imprisonment

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court will recommend placement of the defendant in the BOP Facility at Sheridan, Oregon.

**Supervised Release**:    **10 years** with mandatory conditions, standard conditions, and the following special condition:

# [XX]  ORDER FORTHCOMING

| CONVENED: 11:00 A.M. | ADJOURNED: 12:55 P.M. | TIME: 1:55 HR. | CALENDARED | [ N/A ] |
|---|---|---|---|---|

*USA -vs- Gonzalez*  February 11, 2020
2:17-CR-0209-SMJ-01  Page 2
Sentencing Hearing

You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Special Penalty Assessment**: $100.00
**Fine:** waived
**Restitution:** N/A

Defendant shall participate in the BOP Inmate Financial Responsibility Program. During the time of incarceration, monetary penalties are payable on a quarterly basis of not less than $25.00 per quarter.

While on supervised release, monetary penalties are payable on a monthly basis of not less than $25.00 per month or 10% of the defendant's net household income, whichever is less, commencing 30 days after the defendant is released from imprisonment.

Government moves to dismiss all remaining counts
**Court:** granted

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed with the Court.

Final Order of Forfeiture signed and filed. Defendant agrees to forfeit the following property:

1. One black HTC cellular telephone, model number 2PYB2